# United States Bankruptcy Court
### District of Oregon

In re   **Rogue River Brewing Company**                                   Case No.
Debtor(s)                                                                  Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rogue River Brewing Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Oregon Brewing Company**
**981 SE 8th Ave.**
**Portland, OR 97214**

☐ None [*Check if applicable*]

| | |
|---|---|
| **November 24, 2025** | **/s/ Daniel R. Kubitz** |
| Date | **Daniel R. Kubitz** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Rogue River Brewing Company** |
| | **Schwabe, Williamson & Wyatt, P.C.** |
| | **1211 SW 5th Ave., Suite 1900** |
| | **Portland, OR 97204** |
| | **503.222.9981 Fax:503.796.2900** |
| | **dkubitz@schwabe.com** |